## UNITED STATES COURT OF INTERNATIONAL TRADE

*In Re* Section 301 Cases

**Court No. 21-cv-00052-3JP\***
*(cases in Exhibit A)*

### NOTICE OF WITHDRAWAL OF ATTORNEY DARIYA V. GOLUBKOVA

PLEASE TAKE NOTICE that Dariya V. Golubkova will soon resign from Holland & Knight LLP, will no longer participate, as counsel, in any of the cases identified in Exhibit A, and, as such, should be removed as attorney of record therefrom.

Cases listed in Exhibit A are stayed pursuant to Administrative Order 21-02 and the respective plaintiffs will continue to be represented by Andrew K. McAllister and Ronald A. Oleynik of Holland & Knight LLP.

Date: April 21, 2023

Respectfully submitted,

/s/ Dariya V. Golubkova
DARIYA V. GOLUBKOVA
HOLLAND & KNIGHT LLP
212-513-3498
dariya.golubkova@hklaw.com

**EXHIBIT A**

| Case Number | Case Name | Party or Parties Represented |
|---|---|---|
| 20-cv-03505 | Bob's Discount Furniture, LLC v. United States | Bob's Discount Furniture, LLC |
| 20-cv-03555 | American Lighting, Inc. v. United States | American Lighting, Inc.; Novelty Lights, LLC; *and* Tivoli, LLC |
| 20-cv-03556 | Margo State Line, Inc. v. United States | Margo State Line, Inc. |
| 20-cv-03609 | The Federal Group USA, Inc. v. United States | The Federal Group USA, Inc. |
| 20-cv-03610 | Kywa International Group, LLC v. United States | Kywa International Group, LLC |
| 20-cv-03612 | Sid Tool Co., Inc. v. United States | Sid Tool Co., Inc. |
| 20-cv-03613 | Intertape Polymer Corp. v. United States | Intertape Polymer Corp.; *and* Polyair Corporation |
| 20-cv-03669 | GoGreen Power Inc. v. United States | GoGreen Power Inc. |
| 20-cv-03670 | Spa World Corporation v. United States | Spa World Corporation |
| 20-cv-03673 | Elgin Fastener Group, LLC v. United States | Elgin Fastener Group, LLC |
| 20-cv-03674 | MarineMax East, Inc. v. United States | MarineMax East, Inc. |
| 20-cv-03675 | Royal Brush Manufacturing, Inc. v. United States | Royal Brush Manufacturing, Inc. |
| 20-cv-03677 | Alfateers Service Center, Inc. v. United States | Alfateers Service Center, Inc. |
| 20-cv-03713 | ASOS.com Limited v. United States | ASOS.com Limited |
| 20-cv-03772 | JPaulJones, L.P. v. United States | JPaulJones, L.P.; *and* XFit, Inc. |
| 20-cv-03871 | voestalpine Railway Systems Nortrak Inc. v. United States | voestalpine Railway Systems Nortrak Inc.; voestalpine Automotive Components Cartersville Inc.; *and* voestalpine Bohler Welding USA, Inc. |
| 21-cv-00440 | Roland Corporation U.S. v. United States | Roland Corporation U.S. |
| 22-cv-00052 | CNA International, Inc. v. United States | CNA International, Inc. |
| 22-cv-00156 | The Wood Cellar, Ltd (Inc.) v. United States | The Wood Cellar, Ltd (Inc.) |
| 22-cv-00169 | CapRock Land Company LLC v. United States | CapRock Land Company LLC |
| 22-cv-00235 | Epoca International, LLC v. United States | Epoca International, LLC |